UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shawn Clarke Spottswood, | File No. 22-cv-01003 (ECT/JFD) |
| Plaintiff, | |
| v. | |
| Prosecutor, *Both Capacity*; Turnkey & Homeway, *Company*; St. Croix County WI, *Officially*; Judge Vlack, *Officially and individually*; and St. Croix County Police, Sheriff, Correctional Officers, *Both capacities*, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on May 20, 2022. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a); and

3. Plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is **DENIED**.

Dated: June 21, 2022        s/ Eric C. Tostrud
                            Eric C. Tostrud
                            United States District Court